# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135432

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DENNIS JOHN BEER,
       Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135432
COA: 272941
Emmet CC: 05-002530

_____/

      On order of the Court, the application for leave to appeal the October 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

0211

_____
Clerk